# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kendra McKenzie,

    Plaintiff(s),

v.

Homero Nino Munoz,

    Defendant(s).

Case No. 2:25-cv-02170-NJK[1]

**ORDER**

[Docket No. 15]

Pending before the Court is Plaintiff's motion to remand, arguing that removal ran afoul of the local defendant rule. *See* Docket No. 15 (discussing 28 U.S.C. § 1441(b)(2)). Defendant filed a response that does not oppose remand. *See* Docket No. 16. The motion to remand will be granted as unopposed. *See* Local Rule 7-2(d).

Plaintiff's motion seeks an award of attorney's fees pursuant to 28 U.S.C. § 1447(c). *See* Docket No. 15 at 3. Defendant does not argue that the circumstances of removal do not trigger Section 1447(c). Instead, Defendant argues that Plaintiff should be denied fees for failing to substantiate the amount to be awarded. *See* Docket No. 16 at 3. The Court is not persuaded that the failure to substantiate the amount of fees is a basis to deny outrightly the fee request. *See Fischer v. SJB-P.D., Inc.*, 214 F.3d 1115, 1121 (9th Cir. 2000); *see also, e.g.*, *Nan Hanks & Assocs. v. Original Footwear Co.*, 2018 WL 3155247, at *6 (E.D. Cal. June 26, 2018). The request for fees will be granted subject to Plaintiff substantiating the amount of fees to be awarded.[2,3]

---

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 6-7; *see also* Gen. Order 2023-11.

[2] Particularly given that the recoverable fees are likely to be low, it may make sense for all involved for the parties to agree among themselves to a fee amount without further motion practice.

[3] Although the case is being remanded, the Court retains jurisdiction over the fee dispute. *See, e.g.*, *Moore v. Permanente Med. Grp., Inc.*, 981 F.2d 443, 445 (9th Cir. 1992).

1

Accordingly, the Court **ORDERS** as follows:

Plaintiff's motion to remand is **GRANTED**. The case is hereby **REMANDED** to the Eighth Judicial District Court, Case No. A-25-928126-C, Department 10. The Clerk's Office is instructed to **CLOSE** this case.

Plaintiff's request for attorney's fees is **GRANTED** in that the Court finds Plaintiff is entitled to recover fees  If the parties do not come to an agreement among themselves as to the amount of fees, Plaintiff must file a motion to calculate fees by December 17, 2025. Such motion must include all required information to calculate fees.

IT IS SO ORDERED.

Dated: December 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge